**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

WONDERLAND SWITZERLAND AG,

Plaintiff,

v.

DOREL JUVENILE GROUP, INC.,

Defendant.

C.A. No. 1:25-cv-12080-JEK

**DEFENDANT DOREL JUVENILE GROUP, INC.'S UNOPPOSED**
**MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659**

Defendant Dorel Juvenile Group, Inc. ("Dorel") respectfully moves the Court to stay this action pending resolution of a parallel proceeding in the United States International Trade Commission ("ITC"), captioned *In the Matter of Certain Child Car Seats*, Inv. No. 337-TA-1459 (the "1459 Investigation").

Section 1659 of Title 28 ("Section 1659") provides: "In a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission[.]" 28 U.S.C. § 1659(a). A stay under this section is mandatory and must be granted if made within thirty (30) days from the later of **(1)** the party being named a respondent in a proceeding before the ITC, or **(2)** the filing of the district court action. *See id.*; *see also In re Remy Cointreau USA, Inc.*, 541 F. App'x 985, 987 (Fed. Cir. 2013) (denying plaintiff's mandamus petition seeking transfer of the case and upholding district court's stay of proceedings under Section 1659(a) until parallel ITC

proceedings became final); *Vicor Corp. v. FII USA Inc.*, 132 F.4th 1, 5 (1st Cir. 2025) (vacating injunctive relief awarded to plaintiff in violation of mandatory stay under Section 1659(a)).

Plaintiff Wonderland Switzerland AG ("Wonderland") filed this action on July 24, 2025, alleging infringement of U.S. Patent Nos. 7,625,043 and 10,457,168. *See* Dkt. No. 1. On the same day, Wonderland filed a complaint under Section 337 of the Tariff Act of 1930, as amended, requesting that the ITC institute an investigation against Dorel for alleged infringement of the same two patents. The ITC instituted the 1459 Investigation on August 25, 2025, after which a Notice of Institution of Investigation (the "Notice") was published in the Federal Register on August 28, 2025. *See* 90 Fed. Reg. 42032. The Notice identifies Dorel as a respondent in the 1459 Investigation.

This action and the 1459 Investigation involve the same parties and the same two asserted patents. Thus, the conditions of Section 1659 are satisfied, and this action must be stayed until the ITC issues a final determination in the 1459 Investigation. This motion is submitted within thirty (30) days of Dorel being named as respondent in the 1459 Investigation, and is therefore timely filed. *See* 19 C.F.R. § 210.10(b). Counsel for Dorel communicated with counsel for Wonderland regarding this motion on September 3, 2025, and Wonderland advised that it does not oppose this motion or the requested stay of this action.

For these reasons, Dorel respectfully requests that the Court stay this action pending a Final Determination of the ITC in the 1459 Investigation.

DATED: September 4, 2025                    DOREL JUVENILE GROUP, INC.,

By its attorneys,


*/s/Kaleb N. Gorman*
Heather B. Repicky (BBO #663347)
Kaleb N. Gorman (BBO #713155)
**BARNES & THORNBURG LLP**
One Marina Park Drive, Suite 1530
Boston, MA 02210
(617) 316-5310
heather.repicky@btlaw.com
kaleb.gorman@btlaw.com

Deborah Pollack-Milgate, No. 22475-49
(*pro hac vice* forthcoming)
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, IN 46204-3535
(317) 236-1313
dpollackmilgate@btlaw.com

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, I hereby certify that counsel for Dorel conferred on the subject of this motion with counsel for Wonderland on September 3, 2025.  Wonderland advised that it does not oppose this motion or the requested stay of this action.

/s/Kaleb N. Gorman
Kaleb N. Gorman (BBO #713155)

## CERTIFICATE OF SERVICE

I hereby certify that, on September 4, 2025, a true and correct copy of this document (filed through the Court's CM/ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/Kaleb N. Gorman
Kaleb N. Gorman (BBO #713155)