**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

WONDERLAND SWITZERLAND AG,

        Plaintiff,

        v.

DOREL JUVENILE GROUP, INC.,

        Defendant.

C.A. No. 1:25-cv-12080-JEK

**[PROPOSED] ORDER GRANTING DEFENDANT DOREL JUVENILE GROUP, INC.'S**
**UNOPPOSED MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659**

Upon consideration of the Dorel Juvenile Group, Inc.'s ("Dorel") Unopposed Motion to Stay Pursuant to 28 U.S.C. § 1659, and the Court being of the opinion that, for good cause shown, the motion should be GRANTED.

IT IS HEREBY ORDERED that this action is stayed in its entirety pending final resolution of ITC Investigation No. 337-TA-1459, including any and all appeals; and,

IT IS HEREBY FURTHER ORDERED that Dorel's time to respond to the Complaint in this action shall be extended until thirty (30) days after the stay is dissolved.

SO ORDERED this ___ day of _____, 2025.

_____
Hon. Julia E. Kobick
United States District Court Judge